| Return | | |
|---|---|---|
| Case No.:<br>22-949M | Date and time warrant executed:<br>08/12/2022   8:07 am | Copy of warrant and inventory left with:<br>USPS Priority 9505 5100 4757 2220 7342 42 |
| Inventory made in the presence of :<br>Mario Lantigua and Joel Tomas | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br>Search and seizure warrant 22-949M(NJ): contain 30 small plastic bottles suspected containing liquid THC and 3 bags of suspected THC gummies weighing approximately 2520 grams. | | |

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  08/18/2022

*Mario Lantigua*
*Executing officer's signature*

Mario Lantigua Postal Inspector
*Printed name and title*